# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 12, 2019 @ 2:00 P.M.

**STATUS CONFERENCE**

1. Status Conference for Univita Holdings LLC *et al.*

    Related Documents:

    a. Order Setting Status Conference (entered May 14, 2019) [Dkt. No. 526]

    Status: This status conference is going forward.

Dated: June 10, 2019

**ARCHER & GREINER, P.C.**

 */s/ S. Alexander Faris*
Alan M. Root, Esquire (No. 5427)
S. Alexander Faris (No. 6278)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
Phone: (302) 777-4350
Email: afaris@archerlaw.com
*Counsel to David W. Carickhoff, Ch. 7 Trustee*

216569719v1

---

[1] The Debtors are the following entities: Univita Holdings LLC (15-11786), Univita Health Holdings Corp. (15-11787), Univita Health Inc. (15-11788), Univita Homecare Holdings LLC (15-11789), Univita Homecare Solutions LLC (15-11790), Univita of Florida, Inc. (15-11791), Univita Health Systems Holdings, LLC (15-11792), Univita Healthcare Solutions LLC (15-11793), Univita of Georgia LLC (15-11794); Univita of Tennessee, Inc. (12-11795); Univita Healthcare Solutions of Georgia, Inc. (15-11796); and All-Med Management Systems of New York Independent Practice Association, Incorporated (15-11797).