IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UNIVITA HOLDINGS LLC, et al.[1], | Case No. 15-11786 (MFW) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 25, 2019 AT 2:00 P.M.**

**UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION**

1. Third Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period August 1, 2018 through July 31, 2019 (Filed September 4, 2019) (Docket No. 532)

   Response Deadline:    September 18, 2019

   Response Received:    None

   Related Documents:

   a. Proposed Order

   b. Detail of Fees Billed and Expenses Incurred

   c. Certificate of No Objection (filed September 23, 2019) [Dkt. No. 534]

---

[1] The Debtors are the following entities: Univita Holdings LLC (15-11786), Univita Health Holdings Corp. (15-11787), Univita Health Inc. (15-11788), Univita Homecare Holdings LLC (15-11789), Univita Homecare Solutions LLC (15-11790), Univita of Florida, Inc. (15-11791), Univita Health Systems Holdings, LLC (15-11792), Univita Healthcare Solutions LLC (15-11793), Univita of Georgia LLC (15-11794); Univita of Tennessee, Inc. (12-11795); Univita Healthcare Solutions of Georgia, Inc. (15-11796); and All-Med Management Systems of New York Independent Practice Association, Incorporated (15-11797).

|  |  |
|---|---|
| Dated: September 23, 2019 | **ARCHER & GREINER, P.C.** |
|  | /s/ *Kevin F. Shaw* |
|  | Alan M. Root (No. 5427) |
|  | Kevin F. Shaw (No. 6239) |
|  | 300 Delaware Avenue, Suite 1100 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 777-4350 |
|  | Fax: (302) 777-4352 |
|  | E-mail: aroot@archerlaw.com |
|  | kshaw@archerlaw.com |
|  | *Counsel for the Chapter 7 Trustee* |

217156883v1