**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| UNIVITA HOLDINGS, *et al.,*[1] | Case No. 15-11786 (MFW) |
| Debtors. | (Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.,* | Adv. Proc. No. 17-50896 (MFW) |
| Plaintiff, | |
| v. | |
| GULF MEDICAL SERVICES, INC., | |
| Defendant. | |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

David W. Carickhoff, Chapter 7 Trustee of Univita Holdings LLC *et al.*, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling order.

Attached hereto is the status for the above-referenced cases associated with Univita Holdings, *et al.*, Case No. 15-11786 (MFW).

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc. (8546); Univita Health Systems Holdings, LLC (3447), Univita Healthcare Solutions LLC (7010), Univita of Georgia LLC (6674), Univita of Tennessee, Inc. (5660), Univita Healthcare Solutions of Georgia, Inc. (9687), All-Med Management Systems of New York Independent Practice Association, Incorporated (5681), Univita Health Holdings Corp. (0642), Univita Homecare Holdings LLC (7139), Univita Homecare Solutions LLC (0338), Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).

Dated:  April 7, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

                                         */s/ Michael R. Seidl*
                                         _____
                                         Laura Davis Jones (Bar No. 2436)
                                         Andrew W. Caine (CA Bar No. 110345)
                                         Jason S. Pomerantz (CA Bar No. 157216)
                                         Michael R. Seidl (Bar No. 3889)
                                         PACHULSKI, STANG, ZIEHL & JONES LLP
                                         919 North Market Street, 17th Floor
                                         P.O. Box 8705
                                         Wilmington, DE 19899-8705 (Courier 19801)
                                         Telephone: (302) 652-4100
                                         Facsimile: (302) 652-4400
                                         Email:  ljones@pszjlaw.com
                                                 acaine@pszjlaw.com
                                                 jspomerantz@pszjlaw.com
                                                 mseidl@pszjlaw.com

                                         Counsel to Plaintiff David W. Carickhoff, Chapter 7
                                         Trustee of Univita Holdings LLC *et al.*

**<u>STATUS CATEGORY J:</u>** Cases stayed by the filing of another bankruptcy action affecting a party in this matter.

| Adv. Case No. | Defendant's Name |
|---|---|
| 17-50896 | Gulf Medical Services, Inc. |